No. 79–321. LACLEDE GAS CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–367. RAPPAPORT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 79–392. MORRIS ET AL. *v.* McCADDIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–407. WAGNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 79–410. SCHANBARGER *v.* MARINE MIDLAND BANK, EXECUTOR. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 79–412. RUST *v.* JOHNSON ET AL.; and
No. 79–416. CITY OF LOS ANGELES *v.* JOHNSON ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 597 F. 2d 174.

No. 79–420. RICHEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–457. PATTERSON ET AL. *v.* UNITED STATES;
No. 79–609. MATASSINI *v.* UNITED STATES;
No. 79–5325. LOPEZ *v.* UNITED STATES;
No. 79–5329. CUESTA *v.* UNITED STATES;
No. 79–5347. TAYLOR *v.* UNITED STATES; and
No. 79–5350. BOWLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 597 F. 2d 903.

No. 79–460. SANCHEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.